UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Yasmeen Al-Farouk,

    Plaintiff

v.

Kristine Nelson, et al.,

    Defendants

Case No. 2:23-cv-01372-CDS-MDC

**Order Granting Plaintiff's Motion to Amend Response**

[ECF No. 39]

On November 2, 2024, plaintiff Yasmeen Al-Farouk filed a motion to amend her response to defendants' motion to dismiss. ECF No. 39. That motion is hereby **granted**. Her supplemental response has been filed at ECF No. 43. Because the amended response introduces new information and case law, defendants are permitted to submit an amended reply. The amended reply may not exceed fifteen pages and must be filed by March 7, 2025. Al-Farouk must not submit any filings responsive to defendants' amended reply.

Dated: February 21, 2025

_____
Cristina D. Silva
United States District Judge