AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Yasmeen Al-Farouk

Plaintiff,

v.

Nelson et al

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01372-CDS-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of the Defendants, Kristine Nelson, Thomas Susich, Christopher Sewell, Aaron D. Ford, Todd M. Weiss, Jen Sarafina, Joseph Lombardo, Lynda Parven, esquire Jordan K Laub, Jorge Ceballos, and against Plaintiff, Yasmeen Al-Farouk, without prejudice. Case closed.

06/02/2025
Date

DEBRA K. KEMPI
Clerk

/s/ MAM
Deputy Clerk